### THE LAW ABSTRACT COMPANY
Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

### EXPIRATIONS
We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## SYLLABUS
### No. 159

No. 20087—John J. Jones, Treas. v. Harry L. Conn, et al. Error to the Van Wert Appeals.

1157. TAXATION—Personal property of an institution for a public charity, if invested by it for financial purposes, during the period before the charity was being dispensed, not exempt from taxation during such period.

ALLEN, J.

Under section 2 of Art. XII of the Constitution of Ohio, as amended, September 3, 1912, the personal property belonging to an institution of public charity is exempt from taxation only when used exclusively for charitable purposes, and if such personal property is invested for financial purposes during the period before the charity was being dispensed by the institution, it is not exempt from taxation during such period. (Rose Institute v. Myers, Treas., 92 OS. 252, and State ex Boss v. Hess, Aud., 113 OS. 52. Approved and followed.)

Judgment reversed.

Marshall, CJ., Robinson, Jones and Matthias, JJ., concur. Kinkade, J., dissents.

The Ohio Law Abstract's

# ANNUAL DIGEST
# FOR 1927

### Covering the Entire Last Year's Court Work

It gives the Lawyer Instant Command of 1926 Ohio Court Decisions for his help in 1927, and in futuro.

Price: Cloth Binding, $2.50

# THE QUAD DIGEST

If you have the Ternary Digest, the ANNUAL supplements it.

If you do not have the Ternary, get this Annual and the Ternary, bound together, called the QUAD (4 year) 1923-1926, Digest and you have it all in One Volume.

Price for the QUAD DIGEST, $6.00
### THE LAW ABSTRACT CO.

# CONCORDANCE

### FEBRUARY CONCORDANCE

Atkins v. State (on rehearing). No. 19679. Dock. 3-10-26, 4 Abs. 192; OS. 4 Abs. 789, 5 Abs. 109. Judg. aff. 5 Abs. 106.

Carr v. State. No. 20252. Dock. 1-5-27, 5 Abs. 27. OS. 4 Abs. 578. Mot. to file pet. in err. ov. 5 Abs. 578.

Cleve. Ry. Co. v. McGinty. No. 19751. Dock. 4-1-26, 4 Abs. 255; OS. Pend. 4 Abs. 336. Judg. rev. 5 Abs. 106.

Col. Ry. P. & L. Co. v. P. U. C. No. 19878. Dock. 6-9-26, 4 Abs. 393; OS. 4 Abs. 13. Ord. mod. in part, rev. in part. 5 Abs. 107.

Donley et v. State. No. 20251. Dock. 1-5-27, OS. Pend. 5 Abs. 95; Mot. to cert. ov. 5 Abs. 74.

Elberta Beach Co. v. Diamond Glass Co. No. 20057. Dock. 8-10-26, 4 Abs. 557; OA. 4 Abs. 716; OS. Pend. 4 Abs. 740. Mot. to cert. ov. 5 Abs. 74.

Floyd v. Swiler. No. 20249. Dock. 1-5-27, 5 Abs. 27; OA. 5 Abs. 69. Mot. to cert. ov. 5 Abs. 74.